# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sherilynn Thompson,<br><br>            Plaintiff,<br><br>     v.<br><br>ZIMMER HOLDINGS, INC. and ZIMMER, INC.,<br><br>            Defendants. | MDL 2:09-cv-04414-SDW-SCM<br><br>Civil Case No. 2:13-cv-06982-SDW-SCM<br><br>JURY TRIAL DEMANDED<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY PURSUANT TO R. 1:11-2(a)(1)** |

TO:   J. Joseph Tanner
      Andrew Campbell
      FAEGRE BAKER DANIELS LLP
      110 W. Berry St. Suite 2400
      Fort Wayne, Indiana 46802

Counsel for Zimmer, Inc. and Zimmer Holdings, Inc. Defendants

   Pursuant to R. 1:11-2(a)(1), PLEASE TAKE NOTICE, that Daniel R. Leathers, Esq. (NJ Bar No. 010442009), the current attorney for Plaintiff, Sherilynn Thompson, will no longer serve as counsel of record in the above-captioned matter. Adam Weintraub, Esq. NJ Bar No. 038342010, of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, NY 10013 will now serve as counsel of record for Plaintiff, Sherilynn Thompson.

   PLEASE TAKE FURTHER NOTICE that pursuant to R. 1:5-2, all further notices and papers should be served upon Adam Weintraub, Esq. NJ Bar No. 038342010, of the

1300311.1

law firm of Lieff Cabraser Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, NY 10013.

PLEASE TAKE FURTHER NOTICE that, Adam Weintraub, Esq., is hereby designated as trial counsel pursuant to R. 4:25-4, substituting out Daniel R. Leathers, Esq.

PLEASE TAKE FURTHER NOTICE that, to the extent that Daniel R. Leathers, Esq. submitted a certification in support of the admission of other attorneys *pro hac vice* in the within matter pursuant to R. 1:21-2, I, Adam Weintraub, Esq., will:

- substitute and serve as local counsel of record in this matter in lieu of Daniel R. Leathers, Esq.,
- review and sign all pleadings, briefs, and other papers filed with the Court,
- be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*,
- ensure that attorneys admitted *pro hac vice* pay the New Jersey Lawyers' Fund for Client Protection on an annual basis as provided by New Jersey Court Rule 1:28-2(a), and
- otherwise ensure compliance with all of the terms and conditions of the Rules of Court.

| | |
|---|---|
| Daniel R. Leathers (NJ Bar No. 010442009) | Adam Weintraub (NJ Bar No. 038342010) |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 250 Hudson Street, 8th Floor | 250 Hudson Street, 8th Floor |
| New York, NY  10013-1413 | New York, NY  10013-1413 |
| | aweintraub@lchb.com |

1300311.1