**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Adam Weintraub (NJ Bar No. 038342010)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
aweintraub@lchb.com

*Attorney for Plaintiff*

| | |
|---|---|
| Sherilynn Thompson, | MDL 2:09-cv-04414-SDW-SCM |
|         Plaintiff, | |
|   v. | Civil Case No. 2:13-cv-06982-SDW-SCM |
| ZIMMER HOLDINGS, INC. and ZIMMER, INC., | **CERTIFICATE OF FILING AND SERVICE** |
|         Defendants | |

I hereby certify that the annexed NOTICE OF SUBSTITUTION OF ATTORNEY PURSUANT TO  L.CIV.R. 102.1 has been filed via the Court's ECF System.  Notice of this filing will be sent to all properly-registered parties by operation of the Court's electronic filing system, including electronic service upon counsel for the defendants:

J. Joseph Tanner
Andrew Campbell
FAEGRE BAKER DANIELS LLP
110 W. Berry St. Suite 2400
Fort Wayne, Indiana 46802

Dated:  April 11, 2016

                                                                       */s/ Adam H. Weintraub*
Adam Weintraub (NJ Bar No. 038342010)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
aweintraub@lchb.com

1300311.1